**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-0254

Pontchartrain Natural Gas System, k/d/s Promix, L.L.C., and
Acadian Gas Pipeline System

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34265
Assumption Parish

On Application for Rehearing filed by Texas Brine on 12/26/2019
Rehearing _____ **DENIED** _____

_Guidry, J. would grant_

_Welch, Jr. would grant_

_____
John Michael Guidry

_____
J. Michael McDonald

_____
Jewel E. "Duke" Welch

_____
Toni Manning Higginbotham

_____
Mitchell R. Theriot

Date **JAN 2 3 2020** _____

_____
Rodd Naquin, Clerk

# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2018-CA-0254

Pontchartrain Natural Gas System, k/d/s Promix, L.L.C., and
Acadian Gas Pipeline System

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34265
Assumption Parish

On Application for Rehearing filed by National Union Fire Insurance Company, et al

Rehearing _____ _Denied_ _____

John Michael Guidry

J. Michael McDonald

Jewel E. "Duke" Welch

Toni Manning Higginbotham

Mitchell R. Theriot

Date **JAN 2 3 2020**

Rodd Naquin, Clerk